**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6240**

---

SHERRY VANHOY,

                              Petitioner - Appellant,

    versus

NORTH CAROLINA ATTORNEY GENERAL; MACK JARVIS;
CAROL CALDWELL,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Paul Trevor Sharp, Magistrate Judge. (CA-97-762-1)

---

Submitted: April 16, 1998            Decided: May 4, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Sherry Vanhoy, Appellant Pro Se. Clarence Joe Delforge, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Vanhoy v. North Carolina Attorney General</u>, No. CA-97-762-1 (M.D.N.C. Jan. 6, 1998). We further deny Appellant's motion for in forma pauperis status and we decline to review any issues Appellant seeks to raise for the first time on appeal. <u>See</u> <u>Karpel v. Inova Health Sys. Servs.</u>, 134 F.3d 1222, 1227 (4th Cir. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>